# Court of Appeals
# of the State of Georgia

ATLANTA, __May 22, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A1651.  HINNSON COOK v. THE STATE.**

Hinnson Cook filed this direct appeal from the trial court's order denying his motion to dismiss the indictment on constitutional speedy trial grounds.  But in *Sosniak v. State*, 292 Ga. 35 (2) (734 SE2d 362) (2012), the Supreme Court of Georgia ruled that such an order is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain immediate appellate review.  See also *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012). Because Cook failed to follow the required appellate procedure, his appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __05/22/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*